# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   April 29, 2026

| | | |
|---|---|---|
| JASURBEK ABDURAKHMONOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-26-277-SLP |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 11] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.


                                        Joan Kane, Clerk of Court


                                        By:_____s/ Lori Gray_____
                                                    Deputy Clerk